**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: EVERGREEN TRADE INC.<br>ETI<br>Evergreen Aircraft Sales & Leasing<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 13-13366-MFW |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of the Clerk
824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 09/09/2026 in Courtroom 4, United States Courthouse, 824 Market Street, 5th Floor, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/18/2026

By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: EVERGREEN TRADE INC. | § | Case No. 13-13366-MFW |
| ETI | § | |
| Evergreen Aircraft Sales & Leasing | § | |
| | § | |
| Debtor(s) | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 995,289.73 |
| *and approved disbursements of:* | $ | 790,078.93 |
| *leaving a balance on hand of[1]:* | $ | 205,210.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| WF | Wells Fargo Bank, N.A. | 0.00 | 45,093.21 | 0.00 | 45,093.21 |
| 7 | Yamhill County Tax Collector | 1,169.78 | 0.00 | 0.00 | 0.00 |
| 8 | Pentagon 2000 Software, Inc. | 45,543.00 | 0.00 | 0.00 | 0.00 |
| 31 | Marana Aerospace Solutions, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 -2 | Marana Aerospace Solutions, Inc. | 470,034.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 45,093.21 |
| Remaining balance: | $ | 160,117.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 53,014.49 | 0.00 | 53,014.49 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Expenses - A. T. Giuliano, P.C. | 47.98 | 0.00 | 47.98 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 156,947.31 | 142,285.63 | 14,661.68 |
| Bond Payments - International Sureties, Ltd | 3,217.97 | 3,217.97 | 0.00 |
| Administrative Rent - Marana Aerospace Solutions, Inc. | 109,537.72 | 109,537.72 | 0.00 |
| Administrative Rent - Hill Archive | 16,874.72 | 16,874.72 | 0.00 |
| Costs to Secure/Maintain Property - Marana Aerospace Solutions, Inc. | 57,530.49 | 0.00 | 57,530.49 |
| Other Chapter 7 Administrative Expenses - Marana Aerospace Solutions, Inc. | 900.00 | 900.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Ceridian ** | 212.08 | 212.08 | 0.00 |
| Other Chapter 7 Administrative Expenses - Ceridian Payroll Trust | 193,197.61 | 193,197.61 | 0.00 |
| Other Chapter 7 Administrative Expenses - Ceridian Tax Service, Inc. | 1,295.87 | 1,295.87 | 0.00 |
| Other Chapter 7 Administrative Expenses - Eternity Logistics Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Shanghai Wecan Freight Forwarding Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Indy Truck & Equipment | 2,588.87 | 0.00 | 2,588.87 |
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 290,559.92 | 262,433.92 | 28,126.00 |
| Attorney for Trustee Fees (Other Firm) - Ask, LLP | 32,190.37 | 32,190.37 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Fox Rothschild LLP | 4,146.08 | 0.00 | 4,146.08 |
| Attorney for Trustee Expenses (Other Firm) - Ask, LLP | 2,853.63 | 2,853.63 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Pachulski Stang Ziehl & Jones | 3,738.75 | 3,738.75 | 0.00 |
| Other Professional's Fees - Harris, Eckland & Associates | 0.00 | 0.00 | 0.00 |
| Other Professional's Fees - Aspen Exchange, Inc. | 1,747.26 | 1,747.26 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 160,117.59

Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $303,203.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| Ceridian 2 | Ceridian Payroll Trust | 14,164.02 | 14,164.02 | 0.00 |
| 9 | MICHAEL A HINES | 7,192.31 | 0.00 | 0.00 |
| 10 | TAMMY E LEWERS | 3,838.00 | 0.00 | 0.00 |
| 15 | EDMOND JAMES WILSON | 3,230.77 | 0.00 | 0.00 |
| 16 | Internal Revenue Service | 28,539.64 | 0.00 | 0.00 |
| 20P | California Franchise Tax Board | 3,426.28 | 0.00 | 0.00 |
| 21 | Strom Aviation, Inc. | 225,850.75 | 0.00 | 0.00 |
| 27P | Charles R. Anhut | 536.01 | 0.00 | 0.00 |
| 27P | Charles R. Anhut | 3,951.20 | 0.00 | 0.00 |
| 33P | 1746441 Ontario Inc. | 12,475.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,457,512.51 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NOTFILED | Pentagon 2000 Software, Inc. | 0.00 | 0.00 | 0.00 |
| 1 | CIT Technology Financing Services, Inc. | 3,633.18 | 0.00 | 0.00 |
| 2 | CIT Technology Financing Services, Inc. | 2,396.54 | 0.00 | 0.00 |
| 3 | Lane Powell PC | 38,142.03 | 0.00 | 0.00 |
| 4 | WELLS FARGO FINANCIAL LEASING | 1,779.67 | 0.00 | 0.00 |
| 5 | Barber & Company | 14,889.23 | 0.00 | 0.00 |
| 6 | PlaneTechs | 93,134.50 | 0.00 | 0.00 |
| 11 | ORIX Aviation Systems Limited | 26,902.00 | 0.00 | 0.00 |
| 12 | Lee A. Scherer | 0.00 | 0.00 | 0.00 |
| 12 -2 | Lee A. Scherer | 0.00 | 0.00 | 0.00 |
| 13 | Ceridian | 114.31 | 0.00 | 0.00 |
| 14 | JESUS RODRIGUEZ | 2,325.00 | 0.00 | 0.00 |
| 17U | Eternity Logistics Co., Ltd. | 265,967.57 | 0.00 | 0.00 |
| 18 | North American Aircraft Services, Inc. | 22,520.00 | 0.00 | 0.00 |
| 19U | Shanghai Wecan Freight Forwarding Co., Ltd. | 546,517.24 | 0.00 | 0.00 |
| 22 | Arab African International Bank fbo Egypt Jet | 5,865.00 | 0.00 | 0.00 |
| 23 | Arnold Machinery Company | 14,627.38 | 0.00 | 0.00 |
| 24 | Hennigan Dorman LLP | 552,006.25 | 0.00 | 0.00 |
| 25 | Marco Crane & Rigging Co. | 5,640.30 | 0.00 | 0.00 |
| 26 | McKool Smith Hennigan, P.C. | 203,656.52 | 0.00 | 0.00 |
| 27U | Charles R. Anhut | 4,346.32 | 0.00 | 0.00 |
| 28 | Hewlett-Packard Company | 699.90 | 0.00 | 0.00 |
| 29 | PERFORM AIR INT'L | 6,386.19 | 0.00 | 0.00 |
| 30 | Ventures Acquisition Co., LLC | 150,000.00 | 0.00 | 0.00 |
| 31 | Marana Aerospace Solutions, Inc. | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31 -2 | Marana Aerospace Solutions, Inc. | 512,473.00 | 0.00 | 0.00 |
| 32 | Evergreen Agricultural Enterprises | 3,928,640.38 | 0.00 | 0.00 |
| 34 | D&R Sales and Services, Inc. | 0.00 | 0.00 | 0.00 |
| 34 -2 | D&R Sales and Services, Inc. | 54,850.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $42,106.73 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 33U | 1746441 Ontario Inc. | 25,025.00 | 0.00 | 0.00 |
| 35 | FedEx TechConnect, Inc. | 17,081.73 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $631.86 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20U | California Franchise Tax Board | 631.86 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.